| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> John Rosenthal <br> HARRINGTON, OCKO & MONK, LLP <br> 81 Main Street <br> White Plains NY 10601 <br> ATTORNEY FOR (Name): PLAINTIFF | TELEPHONE NO.: <br> 914-686-4800 <br><br> Suite 215 <br><br> Ref. No. or File No.: | FOR COURT USE ONLY |
|---|---|---|
| Insert name of court and name of judicial district and branch court if any: <br> UNITED STATES DISTRICT COURT SOUTHERN DISTRICT, NEW YORK | | |
| PLAINTIFF: SAS GROUP, INC. v. CHEMPLEX AUTOMOTIVE GROUP <br> DEFENDANT: | | |

| PROOF OF SERVICE SUMMONS AND COMPLAINT | HEARING DATE: | HEARING TIME: | DEPT./DIV.: | CASE NUMBER: <br> 07 CIV 10262 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the (specify documents):
   Summons & Complaint

2. By delivery at :
   a. Address, City, State
   2061 EMERY AVENUE, LA HABRA, CALIFORNIA 90631

3. On (date and time)
   (a) on (date): 11/15/2007      (b) at (time): 8:30 am

4. In the COUNTY OF Orange, STATE OF CALIFORNIA, on the within named entity:
   Name of Business: CHEMPLEX AUTOMOTIVE GROUP, INC., a California action

5. By delivering to and leaving with (name of person served with documents on behalf of business, who was authorized to accept service:
   Name and Title or Description: Jim Grebe, Authorized Agent for Service of Process

6. Copies of the documents listed under 1, above, were mailed to the party named under 4 in a sealed envelope, by first-class mail, postage prepaid, as follows:
   Name: CHEMPLEX AUTOMOTIVE GROUP, INC., a California action
   Address: 2061 EMERY AVENUE, LA HABRA, CALIFORNIA 90631

7. Person serving (name, address and telephone No.):
   John Keenan
   O.C. CORPORATE COURIER, INC
   18103 SKYPARK S. STE. B
   IRVINE, CA 92614
   949-474-9000

   a. **Fee** for service: $120.00
   b. [ ] Not a registered California process server.
   c. [ ] Exempt from registration under B&P § 22350(b).
   d. [X] Registered California process server.
      (1) [X] Employee or independent contractor
      (2) Registration No.: 1352 / Orange
      (3) County

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/16/2007                                        _____
                                                              (SIGNATURE)

PROOF OF SERVICE        INC. v. CHEMPLEX AUTOMOTIVE GROUP
SUMMONS AND COMPLAINT