UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SAS GROUP, INC., a New York corporation      :     CIVIL ACTION NO.:
                                             :     07 CV 10262 (SCR)
                           Plaintiff,        :
                                             :     STIPULATION
           v.                                :
                                             :
CHEMPLEX AUTOMOTIVE GROUP, INC., a           :
California action                            :
                                             :
                           Defendant.        :
-------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the time by which defendant Chemplex Automotive Group, Inc. must answer or otherwise move with respect to the Complaint of plaintiff SAS Group, Inc. shall be extended up to and including January 4, 2008. No previous request has been made for an extension of time to answer or move with respect to the Complaint.

Dated: New York, New York
       December 3, 2007

MOSES & SINGER LLP                           HARRINGTON, OCKO & MONK, LLP
*Attorneys for Defendant*                    *Attorneys for Plaintiff*
*Chemplex Automotive Group, Inc.*            *SAS Group, Inc.*

By: _____                By: _____
    Philippe Zimmerman (PZ-7744)                 John Rosenthal (JR-4819)
    405 Lexington Avenue                         81 Main Street, Suite 215
    New York, NY 10174                           White Plains, NY 10601
    (212) 554-7800                               (914) 686-4800

SO ORDERED:

this 11th day of December, 2007

_____
Hon. Stephen C. Robinson, U.S.D.J.

658095v1 099999.0001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: