# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Erica D. Busch
Direct: 212.554.7879   212.554.7700
ebusch@mosessinger.com

December 14, 2007

**VIA FAX (914) 390-4179**

The Honorable Stephen C. Robinson
United States District Court
United States Court House
300 Quarropas Street, Room 633
White Plains, New York 10007

MEMO ENDORSED

Re: SAS Group, Inc. v. Chemplex Automotive Group; Case No. 07 cv 10262 (SCR)

Dear Judge Robinson:

We represent defendant Chemplex Automotive Group ("Chemplex") in the above-referenced matter. We write on consent of counsel for plaintiff to request a two week extension to submit to the Court the joint letter, which is currently due by December 21, 2007, and the proposed Scheduling Order, which is currently due by December 28, 2007.

Pursuant to the So Ordered Stipulation that was entered on December 11, 2007, the time for Chemplex to answer or move has been extended until January 4, 2008. Accordingly, we request that the parties submit the joint letter by January 11, 2008 and the proposed Scheduling Order by January 18, 2008. This is the first request for an extension to file these two documents.

Thank you.

Respectfully yours,

Erica D. Busch

cc: John T.A. Rosenthal, Esq.
Philippe Zimmerman, Esq.

*Parties to submit joint letter by Jan 11 2008*
*Parties to submit proposed scheduling order by Jan. 18, 2008.*

**APPLICATION GRANTED**

Stephen C. Robinson
HON. STEPHEN C. ROBINSION   12/18/07

660833v1 011410.0101