AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SAS GROUP, INC.                              **APPEARANCE**

v.

CHEMPLEX AUTOMOTIVE GROUP            Case Number: 07cv10262 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**CHEMPLEX AUTOMOTIVE GROUP**

I certified that I am admitted to practice in this court

1/3/2008
Date

Signature

Julie Stark                JS 8925
Print Name                 Bar Number

Moses & Singer LLP
Company

405 Lexington Avenue
Address

New York        NY        10174
City            State     Zip Code

(212) 554-7818        (212) 554-7700
Phone Number          Fax Number