AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SAS GROUP, INC.

**APPEARANCE**

v.

CHEMPLEX AUTOMOTIVE GROUP      Case Number: 07cv10262 (SCR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

**CHEMPLEX AUTOMOTIVE GROUP**

I certified that I am admitted to practice in this court

| | |
|---|---|
| 1/3/2008 | _(signature)_ |
| Date | Signature |
| | Philippe Zimmerman / PZ 7744 |
| | Print Name / Bar Number |
| | Moses & Singer LLP |
| | Company |
| | 405 Lexington Avenue |
| | Address |
| | New York / NY / 10174 |
| | City / State / Zip Code |
| | (212) 554-7818 / (212) 554-7700 |
| | Phone Number / Fax Number |