UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAS GROUP, INC., a New York corporation,

    Plaintiff/Counterclaim Defendant,

-against-

CHEMPLEX AUTOMOTIVE GROUP, INC., a California corporation,

    Defendant/Counterclaim Plaintiff.

Civil Action No. 07-CIV-10262 (SCR/GAY)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Chemplex Automotive Group, Inc., (a private nongovernmental party), certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

None.

Dated: January 4, 2008
    New York, New York

MOSES & SINGER LLP

By: _____
Philippe Zimmerman (PZ-7744)
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700
pzimmerman@mosessinger.com
*Attorneys for Defendant Chemplex Automotive Group, Inc.*

658342