# Harrington, Ocko & Monk

**A LIMITED LIABILITY PARTNERSHIP**
Attorneys at Law

White Plains Office

81 Main Street · Suite 215
White Plains, NY 10601
Tel: (914) 686-4800
Fax: (914) 686-4824

New York City Office

52 Duane Street, 7th Floor
New York, NY 10007
Tel: (212) 227-8004

January 11, 2008

John T.A. Rosenthal, Esq.
e-mail: jrosenthal@homlegal.com

Reply to White Plains Office

**VIA FACSIMILE @ (914) 390-4179 AND REGULAR MAIL**

Hon. Stephen Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 116
White Plains, New York 10601

**MEMO ENDORSED**

RE:   SAS Group, Inc. v. Chemplex Automotive Group
      Case No. 07-CV-10262 (SCR)

Dear Judge Robinson:

    As you may recall, our firm represents Plaintiff, SAS Group, Inc., in the above-captioned matter. We write on consent of counsel for Defendant, Chemplex Automotive Group, Inc., to request from Your Honor a one-month extension (from February 4, 2008 to March 7, 2008) in which to submit to the Court the joint letter currently due by January 11th, and the proposed Scheduling Order, due January 18th. We make this request in light of Defendant's recently filed Answer and Counterclaims in this action, and the agreement of the parties to allow Plaintiff until February 4, 2008 by which to answer or otherwise move with respect to such Counterclaims (a copy of which Stipulation is attached).

    This is the parties' second request for an extension to file these two documents with the Court, but the first request for an extension made subsequent to the filing of Defendant's Answer and Counterclaims in this matter.

    Thank you in advance for Your Honor's consideration.

Respectfully submitted,

John T.A. Rosenthal

JTR/sg
Cc:   Philippe Zimmerman, Esq.
      Erica D. Busch, Esq.
      Moses & Singer, LLP – **Via Facsimile @ (212) 554-7700 and Regular Mail**

---

*Plaintiff's time to answer or move with respect to defendant's counterclaims is extended to 2/4/08.*

**APPLICATION GRANTED**
Stephen C. Robinson
HON. STEPHEN C. ROBINSON
1/14/08