UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
SAS GROUP, INC., a New York corporation,      x    Civil Action No.
                                              x    07 CV 10262 (SCR)
                  Plaintiff,                  x
                                              x
       -against-                              x    **STIPULATION**
                                              x
CHEMPLEX AUTOMOTIVE GROUP, INC., a            x
California corporation,                       x
                                              x
                  Defendant.                  x
-------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the time by which Plaintiff SAS GROUP, INC. must answer or otherwise move with respect to the Counterclaims of Defendant CHEMPLEX AUTOMOTIVE GROUP, INC., shall be extended up to and including February 4, 2008. No previous request has been made for an extension of time to answer or move with respect to the Counterclaims.

Dated: White Plains, New York
       January //, 2008

MOSES & SINGER, LLP                           HARRINGTON, OCKO & MONK, LLP
*Attorneys for Defendant*                     *Attorneys for Plaintiff*
CHEMPLEX AUTOMOTIVE GROUP, INC.               SAS GROUP, INC.

By: _____                   By: _____
    Philippe Zimmerman (PZ-7744)                  Kevin J. Harrington (KH-5027)
    405 Lexington Avenue                          John T.A. Rosenthal (JT-4819)
    New York, New York 10174                      81 Main Street
    (212) 554-7800                                Suite 205
                                                  White Plains, New York 10601
                                                  (914) 686-4800

SO ORDERED:

_____                       January 29, 2008
Hon. Stephen C. Robinson U.S.D.J.             White Plains, NY