UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X                    ECF Case
SAS GROUP, INC., a New York corporation,

                                     Civil Action No.
               Plaintiff,          07 CV 10262 (SCR)

   -against-

CHEMPLEX AUTOMOTIVE GROUP, INC., a        **PLAINTIFF'S**
California corporation,                                            **RULE 7.1 STATEMENT**

               Defendant.
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and solely to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, SAS GROUP, INC., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    None.

Dated:  White Plains, New York
          February 4, 2008

                                HARRINGTON, OCKO & MONK LLP

                                s/ Kevin J. Harrington
                   By:  _____
                              Kevin J. Harrington (KH-5027)
                              John T. A. Rosenthal (JR-4819)
                              *Attorneys for Plaintiff*
                              SAS GROUP, INC.
                              81 Main Street, Suite 215
                              White Plains, New York 10601
                              Telephone: (914) 686-4800
                              Facsimile: (914) 686-4824

TO:   Philippe Zimmerman, Esq.
      MOSES & SINGER, LLP
      *Attorneys for Defendant,*
      CHEMPLEX AUTOMOTIVE GROUP, INC.
      405 Lexington Avenue
      New York, New York 10174
      (212) 554-7800