UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAS GROUP, INC., a New York corporation,

            Plaintiff,

-against-

CHEMPLEX AUTOMOTIVE GROUP, INC., a
California corporation,

            Defendant.
------------------------------------------------------------------X

Civil Action No.
07 CV 10262 (SCR)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Plaintiff's Rule 7.1 Statement** was sent by United States mail, first-class postage prepaid, to the following addressee:

    Philippe Zimmerman, Esq.
    MOSES & SINGER, LLP
    405 Lexington Avenue
    New York, New York 10174

this 4th day of February, 2008.

    s/ Kevin J. Harrington
    _____
    Kevin J. Harrington [KH-5027]
    HARRINGTON, OCKO & MONK, LLP
    81 Main Street, Suite 215
    White Plains, New York 10601
    (914) 686-4800