# Harrington, Ocko & Monk
A LIMITED LIABILITY PARTNERSHIP
Attorneys at Law

White Plains Office

81 Main Street – Suite 215
White Plains, NY 10601
Tel: (914) 686-4800
Fax: (914) 686-4824

John T.A. Rosenthal, Esq.
e-mail: jrosenthal@homlegal.com

## MEMO ENDORSED

New York City Office

52 Duane Street, 7th Floor
New York, NY 10007
Tel: (212) 227-8004

Reply to White Plains Office

February 19, 2008

*Via Facsimile @ (914) 390-4179*
*and Regular Mail*

Hon. Stephen Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 116
White Plains, New York 10601

　　　　Re:　SAS Group, Inc. v. Chemplex Automotive Group
　　　　　　Case No. 076-CV-10262 (SCR)

Dear Judge Robinson:

　　As you may recall, our firm represents Plaintiff, SAS Group, Inc. ("SAS"), in the above-captioned matter. We write on consent of counsel for Defendant, Chemplex Automotive Group ("Chemplex"), to request from Your Honor a three-week extension (from February 19, 2008 to March 11, 2008) by which to answer or otherwise move with respect to Chemplex's Counterclaims (a copy of the Stipulation is attached).

　　This is the third request for an extension of time to answer or move with respect to Chemplex's Counterclaims, and such Stipulation and request is made in order to allow the parties sufficient time to discuss possible resolution of this matter.

　　Thank you in advance for Your Honor's consideration.

**APPLICATION GRANTED**
*Stephen C. Robinson*

HON. STEPHEN C. ROBINSON
2/20/08

JTR/sbt
　cc:　Philippe Zimmerman, Esq.
　　　Erica D. Busch, Esq.
　　　Moses & Singer, LLP – *via facsimile @ (212) 554-7700 & Regular Mail*

Respectfully submitted,

John T.A. Rosenthal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: