SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAS GROUP, INC., a New York corporation

       Plaintiff,

- against -

CHEMPLEX AUTOMOTIVE GROUP, INC.,
a California corporation

       Defendant.

07  cv  10262  (SCR) (GAY)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Philippe Zimmerman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

 Applicant's Name: Jeffrey L. Van Hoosear
 Firm Name: Knobbe, Martens, Olson & Bear
 Address: 2040 Main Street, Fourteenth Floor
 City/State/Zip: Irvine, CA. 92614
 Phone Number: (949) 760-0404
 Fax Number: (949) 760-9502

 Jeffrey L. Van Hoosear is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceeding against Jeffrey L. Van Hoosear in any State or Federal court.

Dated: 1/4/08
City, State: New York, NY

Respectfully submitted,

Philippe Zimmerman (PZ 7744)
Moses & Singer LLP
405 Lexington Avenue
New York, NY. 10174
(212) 554-7800

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

SAS GROUP, INC., a New York corporation

                Plaintiff,

- against -

CHEMPLEX AUTOMOTIVE GROUP, INC., a California corporation
                Defendant.

07 cv 10262 (SCR) (GAY)

AFFIDAVIT OF PHILIPPE ZIMMERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York  )
                      ) ss:
County of New York  )

Philippe Zimmerman, being duly sworn, hereby deposes and says as follows:

1. I am a member of Moses & Singer LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit J. Van Hoosear as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1992. I am also admitted to practice in Southern District of New York, and am in good standing with this Court.

3. I have known Jeffrey L. Van Hoosear since 2007.

4. Jeffrey L. Van Hoosear is a Partner at Knobbe, Martens, Olson & Bear, LLP, in Irvine, CA.

5. I I have found J. Van Hoosear to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of J. Van Hoosear, pro hac vice.

7. I respectfully submit a proposed order granting the admission of J. Van Hoosear, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit J. Van Hoosear, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: January 4, 2008
City, State: New York, New York
Notarized: Sworn to before me January 4, 2008

KERWYN WELCH
NOTARY PUBLIC, State of New York
No. 01WE4965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

Respectfully submitted,

_____
Philippe Zimmerman (PZ-7744)

SDNY Form Web 10/2006

**THE STATE BAR**
**OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

January 29, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY LYNN VAN HOOSEAR, #147751 was admitted to the practice of law in this state by the Supreme Court of California on August 9, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAS GROUP, INC. a New York corporation<br><br>       Plaintiff,<br><br>  - against -<br><br>CHEMPLEX AUTOMOTIVE GROUP, INC.,<br>a California corporation<br><br>       Defendant. | 07-cv-10262 (SCR)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  Miriam Sampson, being duly sworn, deposes:

  I am not a party to this action, am over the age of eighteen and reside in the State of New York.

  On February 21, 2008, I served the within MOTION TO ADMIT COUNSEL PRO HAC VICE; AFFIDAVIT OF PHILIPPE ZIMMERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; and CERTIFICATE OF GOOD STANDING for JEFFREY L. VAN HOOSEAR upon:

    John Rosenthal Esq.
    Harrington, Ocko & Monk, LLP
    81 Main Street, Suite 215
    White Plains, NY 10601

by depositing a true copy of the papers, enclosed in a wrapper addressed as shown below, in an official depository under the exclusive care and custody of Federal Express within New York State.

                            _____
                             Miriam Sampson

Sworn to before me this
21st day of February, 2008

_____
Notary Public

MICHAEL J. POSPIS
NOTARY PUBLIC, State of New York
No. 02PO6109188
Qualified in New York County
Commission Expires April 26, 20_08_

673848v3  011410.0101

©SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SAS GROUP, INC., a New York corporation

Plaintiff,

- against -

CHEMPLEX AUTOMOTIVE GROUP, INC.,
a California corporation

Defendant.

07 cv 10262 (SCR) (GAY)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Philippe Zimmerman a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Jared C. Bunker
Firm Name: Knobbe, Martens, Olson & Bear
Address: 2040 Main Street, Fourteenth Floor
City/State/Zip: Irvine, CA. 92614
Phone Number: (949) 760-0404
Fax Number: (949) 760-9502

Jared C. Bunker is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceeding against Jared C. Bunker in any State or Federal court.

Dated: January 4, 2008
City, State: New York, New York

Respectfully submitted,

Philippe Zimmerman (PZ-7744)
Moses & Singer LLP
405 Lexinton Avenue
New York, NY. 10174
(212) 554-7800

°∞SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

SAS GROUP, INC., a New York corporation

          Plaintiff,

- against -

CHEMPLEX AUTOMOTIVE GROUP, INC., a California corporation

          Defendant.

__07__ cv __10262__ (SCR)(GAY)

AFFIDAVIT OF PHILIPPE ZIMMERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York   )
                       ) ss:
County of New York  )

Philippe Zimmerman, being duly sworn, hereby deposes and says as follows:

1. I am a member of Moses & Singer LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Jared C. Bunker as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1992. I am also admitted to practice in Southern District of New York, and am in good standing with this Court.

3. I have known Jared C. Bunker since 2007.

4. Jared C. Bunker, is an associate at Knobbe, Martens, Olson & Bear, LLP, in Irvine, CA.

5. I I have found Jared C. Bunker to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jared C. Bunker, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jared C. Bunker, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jared C. Bunker, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: 1/4/08
City, State: New York, NY
Notarized: Sworn to before me January 4, 2008
Kerwyn Welch

KERWYN WELCH
NOTARY PUBLIC, State of New York
No. 01WE4965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

Respectfully submitted,

_____
Philippe Zimmerman (PZ-7744)

SDNY Form Web 10/2006



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

January 28, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JARED CHRISTIAN BUNKER, #246946 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2006; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAS GROUP, INC. a New York corporation

                    Plaintiff,

- against -

CHEMPLEX AUTOMOTIVE GROUP, INC.,
a California corporation

                    Defendant.

07-cv-10262 (SCR)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

      Miriam Sampson, being duly sworn, deposes:

      I am not a party to this action, am over the age of eighteen and reside in the State of New York.

      On February 21, 2008, I served the within MOTION TO ADMIT COUNSEL PRO HAC VICE; AFFIDAVIT OF PHILIPPE ZIMMERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; and CERTIFICATE OF GOOD STANDING for JARED C. BUNKER upon:

        John Rosenthal Esq.
        Harrington, Ocko & Monk, LLP
        81 Main Street, Suite 215
        White Plains, NY 10601

by depositing a true copy of the papers, enclosed in a wrapper addressed as shown below, in an official depository under the exclusive care and custody of Federal Express within New York State.

                                                        _____
                                                            Miriam Sampson

Sworn to before me this
21st day of February, 2008

_____
Notary Public

                                       MICHAEL J. POSPIS
                             NOTARY PUBLIC, State of New York
                                   No. 02PO6109188
                             Qualified in New York County
                           Commission Expires April 26, 2008

673848v1 011410.0101

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SAS GROUP, INC., a New York corporation

Plaintiff,

07 cv 10262 (SCR) (GAY)

- against -

**MOTION TO ADMIT COUNSEL**

CHEMPLEX AUTOMOTIVE GROUP, INC.
a California corporation

**PRO HAC VICE**

Defendant.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Philippe Zimmerman a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Lynda J. Zadra-Symes
Firm Name: Knobbe, Martens, Olson & Bear
Address: 2040 Main Street, Fourteenth Floor
City/State/Zip: Irvine, CA. 92614
Phone Number: (949) 760-0404
Fax Number: (949) 760-9502

Lynda J. Zadra-Symes is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceeding against Lynda J. Zadra-Symes
in any State or Federal court.

Dated:
City, State:

Respectfully submitted,

Philippe Zimmerman (PZ-7744)
Moses & Singer LLP
405 Lexinton Avenue
New York, NY. 10174
(212) 554-7800

SDNY (Rev. 10/2006) Pro Hac Vice Sample Affidavit

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

SAS GROUP, INC., a New York corporation

                Plaintiff,

- against -

CHEMPLEX AUTOMOTIVE GROUP, INC., a California corporation

                Defendant.

07 cv 10262 (SCR)(GAY)

AFFIDAVIT OF PHILIPPE ZIMMERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York  )
                     ) ss:
County of New York )

Philippe Zimmerman, being duly sworn, hereby deposes and says as follows:

1. I am a member of Moses & Singer LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit L. J. Zadra-Symes as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1992. I am also admitted to practice in Southern District of New York, and am in good standing with this Court.

3. I have known Lynda J. Zadra-Symes since 2005.

4. Lynda J. Zadra-Symes is a Partner at Knobbe, Martens, Olson & Bear, LLP, in Irvine, CA.

5. I I have found L.J. Zadra-Symes to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of L. J. Zadra-Symes, pro hac vice.

7. I respectfully submit a proposed order granting the admission of L. J. Zadra-Symes, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit L. J. Zadra Symes, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: 1/4/08
City, State: New York, NY
Notarized: Sworn to before me January 4, 2008

Kerwyn Welch
**KERWYN WELCH**
NOTARY PUBLIC, State of New York
No. 01WE4965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

Respectfully submitted,

Philippe Zimmerman (PZ-7744)

SDNY Form Web 10/2006



**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1639

TELEPHONE: 888-800-3400

January 29, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LYNDA JULIE ZADRA-SYMES, #156511 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAS GROUP, INC. a New York corporation

                Plaintiff,

- against -

CHEMPLEX AUTOMOTIVE GROUP, INC.,
a California corporation

                Defendant.

07-cv-10262 (SCR)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK  )

    Miriam Sampson, being duly sworn, deposes:

    I am not a party to this action, am over the age of eighteen and reside in the State of New York.

    On February 21, 2008, I served the within MOTION TO ADMIT COUNSEL PRO HAC VICE; AFFIDAVIT OF PHILIPPE ZIMMERMAN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE; and CERTIFICATE OF GOOD STANDING for LYNDA J. ZADRA-SYMES upon:

        John Rosenthal Esq.
        Harrington, Ocko & Monk, LLP
        81 Main Street, Suite 215
        White Plains, NY 10601

by depositing a true copy of the papers, enclosed in a wrapper addressed as shown below, in an official depository under the exclusive care and custody of Federal Express within New York State.

                                                                     Miriam Sampson

Sworn to before me this
21st day of February, 2008

_____
Notary Public

MICHAEL J. POSPIS
NOTARY PUBLIC, State of New York
No. 02PO6109188
Qualified in New York County
Commission Expires April 26, 20_08_

673848v2  011410.0101

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAS GROUP, INC., a New York corporation
                           Plaintiff,

07  cv  10262  (SCR) (GAY)

- against -

CHEMPLEX AUTOMOTIVE GROUP, INC., a
California corporation
                           Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Philippe Zimmerman attorney for Chemplex Automotive Group.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Lynda J. Zadra-Symes
                  Jeffrey L. Van Hoosear
                  Jared C. Bunker
Firm Name: Knobbe, Martens, Olson & Bear, LLP

Address: 2040 Main Street, Fourteenth Floor

City/State/Zip: Irvine, CA. 92614

Telephone/Fax: Telephone: (949) 760-0404
                Fax: (949) 760-9502
Email Address: Lynda.Zadra-Symes@kmob.com, Jeff.VanHoosear@kmob.com,
Jared.Bunker@kmob.com

is admitted to practice pro hac vice as counsel for Chemplex Automotive Group in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____ SDNY RECEIPT# _____
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAS GROUP, INC. a New York corporation

                Plaintiff,

- against -

CHEMPLEX AUTOMOTIVE GROUP, INC.,
a California corporation

                Defendant.

07-cv-10262 (SCR)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

Miriam Sampson, being duly sworn, deposes:

I am not a party to this action, am over the age of eighteen and reside in the State of New York.

On February 21, 2008, I served the within ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION upon:

    John Rosenthal Esq.
    Harrington, Ocko & Monk, LLP
    81 Main Street, Suite 215
    White Plains, NY 10601

by depositing a true copy of the papers, enclosed in a wrapper addressed as shown below, in an official depository under the exclusive care and custody of Federal Express within New York State.

                                                                     Miriam Sampson

Sworn to before me this
21st day of February, 2008

_____
Notary Public

MICHAEL J. POSPIS
NOTARY PUBLIC, State of New York
No. 02PO6109188
Qualified in New York County
Commission Expires April 26, 20__

673848v4  011410.0101