# Harrington, Ocko & Monk

**A LIMITED LIABILITY PARTNERSHIP**
**Attorneys at Law**

White Plains Office

**81 Main Street – Suite 215**
**White Plains, NY 10601**
Tel: (914) 686-4800
Fax: (914) 686-4824

New York City Office

**52 Duane Street, 7th Floor**
**New York, NY 10007**
Tel: (212) 227-8004

March 3, 2008

**John T.A. Rosenthal, Esq.**
e-mail: jrosenthal@homlegal.com

**Reply to White Plains Office**



MEMO ENDORSED

Hon. Stephen Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 116
White Plains, New York 10601

    RE:    SAS Group, Inc. v. Chemplex Automotive Group
            Case No. 076-CV-10262 (SCR)

Dear Judge Robinson:

    As you may recall, our firm represents Plaintiff, SAS Group, Inc., in the above-captioned matter. We write on consent of counsel for Defendant, Chemplex Automotive Group, Inc., to request from Your Honor an additional one-month extension (from March 7, 2008 to April 11, 2008) in which to submit to the Court the joint letter and Scheduling Order currently due by March 7th. We make this request in light of the fact that Defendant has indicated it intends to file an Amended Answer and Counterclaims in this action, and because the parties are still in the midst of settlement discussions.

    This is the parties' third request for an extension to file these two documents with the Court, and the second request for an extension made subsequent to the filing of Defendant's Answer and Counterclaims in this matter.

    Thank you in advance for Your Honor's consideration.

Respectfully submitted,

John T.A. Rosenthal

JTR/sg
Cc:    Philippe Zimmerman, Esq.
        Erica D. Busch, Esq.
        Moses & Singer, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

**APPLICATION GRANTED**

Stephen C. Robinson

HON. STEPHEN C. ROBINSION
3/4/08