UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
SAS GROUP, INC., a New York corporation,      x   Civil Action No.
                                              x   07 CV 10262 (SCR)
                Plaintiff,                    x
                                              x
    -against-                                 x   **STIPULATION**
                                              x
CHEMPLEX AUTOMOTIVE GROUP, INC., a            x
California corporation,                       x
                                              x
                Defendant.                    x
---------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the time by which Plaintiff SAS GROUP, INC. must answer or otherwise move with respect to the Counterclaims of Defendant CHEMPLEX AUTOMOTIVE GROUP, INC., shall be extended up to and including April 8, 2008. This is the fourth request by the parties for an extension of time by which Plaintiff has to answer or move with respect to Defendant's Counterclaims, and such Stipulation and request is made in order to allow the parties sufficient time in which to discuss possible resolution of this matter, or allow Defendant to file an Amended Answer and Counterclaims.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be submitted in counterparts and that facsimile signatures shall be deemed as valid as original signatures.

Dated: New York, New York            Dated: White Plains, New York
       March 6, 2008                        March 6, 2008

MOSES & SINGER, LLP                  HARRINGTON, OCKO & MONK, LLP
*Attorneys for Defendant*            *Attorneys for Plaintiff*
CHEMPLEX AUTOMOTIVE GROUP, INC.      SAS GROUP, INC.


By: _____          By: _____
    Philippe Zimmerman (PZ-7744)         Kevin J. Harrington (KH-5027)

405 Lexington Avenue
New York, New York 10174
(212) 554-7800

John T.A. Rosenthal (JT-4819)
81 Main Street, Ste. 215
White Plains, New York 10601
(914) 686-4800

SO ORDERED:

*[signature]*

Hon. Stephen C. Robinson U.S.D.J.
3/10/08