**EXHIBIT D**



5075619
032708