Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
SAS GROUP, INC., a New York corporation,   x     Civil Action No.
                                            x     07 CV 10262 (SCR)
                Plaintiff,                  x
                                            x
        -against-                           x     STIPULATION
                                            x
CHEMPLEX AUTOMOTIVE GROUP, INC., a          x
California corporation,                     x
                                            x
                Defendant.                  x
----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the time by which Plaintiff SAS GROUP, INC. must answer or otherwise move with respect to the Amended Counterclaims of Defendant CHEMPLEX AUTOMOTIVE GROUP, INC., shall be extended up to and including May 8, 2008. This is the first request by the parties for an extension of time by which Plaintiff has to answer or move with respect to Defendant's Amended Answer and Counterclaims, and such Stipulation and request is made in order to allow the parties sufficient time in which to discuss possible resolution of this matter.

IT IS FURTHER STIPULATED AND AGREED, that this stipulation may be submitted in counterparts and that facsimile signatures shall be deemed as valid as original signatures.

Dated: New York, New York                   Dated: White Plains, New York
       April 4, 2008                               April 4, 2008

MOSES & SINGER, LLP                         HARRINGTON, OCKO & MONK, LLP
*Attorneys for Defendant*                   *Attorneys for Plaintiff*
CHEMPLEX AUTOMOTIVE GROUP, INC.             SAS GROUP, INC.

By: _____             By: _____
    Philippe Zimmerman (PZ-7744)                Kevin J. Harrington (KH-5027)
    405 Lexington Avenue                        John T.A. Rosenthal (JT-4819)
    New York, New York 10174                    81 Main Street, Ste. 215
    (212) 554-7800                              White Plains, New York 10601
                                                (914) 686-4800

SO ORDERED:

_____
Hon. Stephen C. Robinson U.S.D.J.

DATED: April 9, 2008