# Harrington, Ocko & Monk

**A LIMITED LIABILITY PARTNERSHIP**
Attorneys at Law

White Plains Office

81 Main Street – Suite 215
White Plains, NY 10601
Tel: (914) 686-4800
Fax: (914) 686-4824

John T.A. Rosenthal, Esq.
E-mail: jrosenthal@homlegal.com

New York City Office

52 Duane Street, 7th Floor
New York, NY 10007
Tel: (212) 227-8004

Reply to White Plains Office

April 9, 2008

<u>*Via Facsimile (914) 390-4179*</u>

Hon. Stephen Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street, Room 116
White Plains, New York 10601

MEMO ENDORSED

RE:   SAS Group, Inc. v. Chemplex Automotive Group
      Case No. 07-CV-10262 (SCR)

Dear Judge Robinson:

    As Your Honor may recall, our firm represents Plaintiff, SAS Group, Inc., in the above-captioned matter. We write on consent of counsel for Defendant, Chemplex Automotive Group, Inc., to request from Your Honor an additional two-month adjournment (from April 11, 2008 to June 5, 2008) in which to submit to the Court the joint letter and Scheduling Order currently due by April 11, 2008. We make this request in light of the fact that Defendant has now filed an Amended Answer and Counterclaims in this action, the parties have stipulated to adjourn to May 8, 2008 the date by which Plaintiff has to move or otherwise answer with regard to Defendant's Amended Counterclaims, the Court has already adjourned to June 13, 2008 the Court conference for this matter, and because the parties are still in the midst of settlement discussions.

    This is the parties' first request for an extension of time by which to file these two documents with the Court, subsequent to the filing of Defendant's Amended Answer and Counterclaims in this matter.

    Thank you in advance for Your Honor's patience and consideration in this matter.

Respectfully submitted,

John T.A. Rosenthal

JTR
Cc:  Philippe Zimmerman, Esq.
     Erica D. Busch, Esq.
     Moses & Singer, LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

**APPLICATION GRANTED**

Stephen C. Robinson
_____
HON. STEPHEN C. ROBINSION

TOTAL P.02