SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SAS GROUP, INC., a New York corporation
                              Plaintiff,

07 cv 10262 (SCR) (GAY)

- against -
CHEMPLEX AUTOMOTIVE GROUP, INC., a
California corporation
                              Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Philippe Zimmerman attorney for Chemplex Automotive Group.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Lynda J. Zadra-Symes<br>Jeffrey L. Van Hoosear<br>Jared C. Bunker |
| Firm Name: | Knobbe, Martens, Olson & Bear, LLP |
| Address: | 2040 Main Street, Fourteenth Floor |
| City/State/Zip: | Irvine, CA. 92614 |
| Telephone/Fax: | Telephone: (949) 760-0404<br>Fax: (949) 760-9502 |
| Email Address: | Lynda.Zadra-Symes@kmob.com, Jeff.VanHoosear@kmob.com,<br>Jared.Bunker@kmob.com |

is admitted to practice pro hac vice as counsel for Chemplex Automotive Group in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 7, 2008
City, State:

_[signature]_
United States District/Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

FOR OFFICE USE ONLY: FEE PAID $     SDNY RECEIPT#
SDNY Form Web 10/2006