UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SAS GROUP, INC., a New York corporation,

                      Plaintiff,

  -against-

CHEMPLEX AUTOMOTIVE GROUP, INC., a
California corporation,

                      Defendant.
------------------------------------------------------------------x

ECF CASE

Civil Action No.
07 CV 10262 (SCR)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon the annexed Declaration of Kevin J. Harrington, dated the 8th day of May, 2008, the attached Memorandum of Law, and upon all the prior pleadings and proceedings had herein, the Plaintiff, SAS GROUP, INC., by and through its attorneys, Harrington, Ocko & Monk, LLP, will move this Court before the Honorable Stephen C. Robinson, at the Courthouse located at 300 Quarropas Street, White Plains, New York 10601, at a date to be determined by the Court, or as soon thereafter as counsel may be heard, for an Order dismissing the Counterclaims of Defendant, CHEMPLEX AUTOMOTIVE GROUP, INC., pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as to this Court may deem just and proper.

Dated:  White Plains, New York
          May 8, 2008

                                HARRINGTON, OCKO & MONK, LLP

                                    s/ Kevin J. Harrington
                     By:_____
                         Kevin J. Harrington (KH-5027)
                         John T.A. Rosenthal (JR-4819)
                         *Attorneys for Plaintiffs*
                         81 Main Street, Suite 215
                         White Plains, NY  10601
                         (914) 686-4800

TO:    Philippe Zimmerman (PZ-7744)
       MOSES & SINGER, LLP
       *Attorneys for Defendant*
       *CHEMPLEX AUTOMOTIVE GROUP, INC.*
       405 Lexington Avenue
       New York, New York 10174
       (212) 554-7800