UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SAS GROUP, INC., a New York corporation,                           Civil Action No.
                                                                   07 CV 10262 (SCR)
                              Plaintiff,

        -against-                                                  **CERTIFICATE OF SERVICE**

CHEMPLEX AUTOMOTIVE GROUP, INC., a
California corporation,

                              Defendant.
----------------------------------------------------------------X


        I hereby certify that a true and correct copy of the foregoing **Notice of Motion** was sent

by United States mail, first-class postage prepaid, to the following addressee:

                        Philippe Zimmerman, Esq.
                        MOSES & SINGER, LLP
                        405 Lexington Avenue
                        New York, New York 10174

this 8th day of May, 2008.


                                        s/ Kevin J. Harrington
                                        _____
                                        Kevin J. Harrington [KH-5027]
                                        HARRINGTON, OCKO & MONK, LLP
                                        81 Main Street, Suite 215
                                        White Plains, New York 10601
                                        (914) 686-4800