**EXHIBIT "A"**

NOV-02-2007 08:32

# Knobbe Martens Olson & Bear LLP
### Intellectual Property Law

2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Tel 949-760-0404
Fax 949-760-9502
www.kmob.com

# FACSIMILE TRANSMITTAL SHEET

## CONFIRMATION COPY WILL FOLLOW VIA:

- ■ MAIL
- ☐ INTERNATIONAL AIRMAIL
- ☐ COURIER
- ☐ E-MAIL

- ☐ WILL NOT FOLLOW
- ☐ HAND DELIVERY
- ☐ WITH ENCLOSURES
- ☐ WITHOUT ENCLOSURES

## Confidentiality Notice:

The documents accompanying this facsimile transmission contain confidential information which may be legally privileged. The information is intended only for the use of the recipient named below. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return of the original documents to us; and any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited.

| | |
|---|---|
| TO: | Scott Sobo |
| FIRM: | SAS Group, Inc. |
| FACSIMILE NO.: | (914) 332-7859 |
| OUR REF.: | CAUTO.001TIS |
| YOUR REF.: | |
| FROM: | Jeffrey L. Van Hoosear |
| OPERATOR: | Betty de la Torre |
| DATE: | November 1, 2007 |

No. OF PAGES: 3    (incl. cover sheet)
TIME:

**IF YOU DID NOT RECEIVE ALL OF THE PAGES PLEASE CALL BACK IMMEDIATELY**
OPERATOR PHONE NO.: (949) 760-0404    FACSIMILE NO.: (949) 760-9502

MESSAGE:

San Diego
619-235-8550

San Francisco
415-954-4114

Los Angeles
310-551-3450

Riverside
951-781-9231

San Luis Obispo
805-547-5580

NOV-02-2007 08:49                                  99%                            P.02

# Knobbe Martens Olson & Bear LLP
*Intellectual Property Law*

Fourteenth Floor
Irvine, CA 92614
Tel 949-760-0404
Fax 949-760-9502
www.kmob.com

Jeffrey L. Van Hoosear
jvanhoosear@kmob.com

November 1, 2007

**VIA CERTIFIED MAIL & FACSIMILE**

(914) 332-7859

Scott Sobo
President
SAS Group, Inc.
220 White Plains Road
Tarrytown, NY 10591-5818

Re:  Trademark Infringement, Trade Dress Infringement, and Unfair Competition
     Our Reference No.: CAUTO.001TTS

Dear Mr. Sobo:

We represent Chemplex Automotive Group, Inc. ("Chemplex") in connection with its intellectual property matters. Chemplex manufactures, markets and sells a variety of automotive aftermarket products, including its successful DYNO-TAB® product.

As you are aware, Chemplex is well-known in the automotive aftermarket field. As a result, Chemplex has established strong rights in its trademarks and trade dress, and has developed a strong reputation and substantial goodwill among consumers who recognize Chemplex's products by the company's trademarks and trade dress, including the text, design, format, and colors used in its packaging and promotional materials.

It has recently come to our client's attention that your company SAS Group, Inc. ("SAS") is marketing products which infringe Chemplex's trademark and trade dress rights. There is a strong likelihood that customers viewing SAS's products will mistakenly believe there is some affiliation or association between our client and SAS. Accordingly, SAS' conduct constitutes trademark infringement, trade dress infringement, and unfair competition in violation of federal and state laws.

We hereby demand that SAS immediately cease and desist from marketing, selling, or offering for sale any products whose packaging or promotional material is confusingly similar to the packaging or promotional material of Chemplex's product.

San Diego          San Francisco     Los Angeles       Riverside         San Luis Obispo
619-235-8550       415-954-4114      310-551-3450      951-781-9231      805-547-5580

NOV-02-2007 08:49                                       99%                   P.03

Scott Sobo
November 1, 2007
Page -2-

    Unless we receive your written statement to the contrary by November 9, 2007, we'll assume that SAS has taken the appropriate action to comply with these demands and has ceased the infringement of Chemplex's trademarks and trade dress. Failure to comply with the demands in this letter will be regarded as evidence of SAS' willful and intentional infringement of Chemplex's rights and may subject SAS to enhanced monetary damages, and we will advise our client to take appropriate legal action.

    The demands asserted in this letter are made without prejudice to, and with full reservation of, all claims, rights or remedies that Chemplex may have in this matter. Chemplex reserves the right to take further legal action on this matter as it deems appropriate or necessary.

Sincerely,

Jeffrey L. Van Hoosear

cc:   Jim and Carol Grebe
      Sarah Bruno, Esq.
      George Kelley, Esq.

Certified Mail No. 7006 2150 0004 3981 0721

4488360
110107