**EXHIBIT "B"**

Int. Cl.: 1

Prior U.S. Cls.: 1, 5, 6, 10, 26 and 46

**United States Patent and Trademark Office**

Reg. No. 2,062,947
Registered May 20, 1997

## TRADEMARK
PRINCIPAL REGISTER

## MOTOR UP

MOTORUP CORPORATION (PENNSYLVANIA CORPORATION)
1530 CHESTNUT STREET, SUITE 400
PHILADELPHIA, PA 19102

FOR: CHEMICAL MOTOR OIL ADDITIVE, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).
FIRST USE 10-29-1995; IN COMMERCE 10-29-1995.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MOTOR", APART FROM THE MARK AS SHOWN.

SER. NO. 75-078,873, FILED 3-26-1996.

ANTHONY R. MASIELLO, EXAMINING ATTORNEY