# EXHIBIT "C"



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Nov 7 04:06:54 EST 2007

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: OR [Jump] to record: **Record 3 out of 5**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| Word Mark | MOTOR UP |
| Goods and Services | IC 001. US 001 005 006 010 026 046. G & S: chemical motor oil additive. FIRST USE: 19951029. FIRST USE IN COMMERCE: 19951029 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75078873 |
| Filing Date | March 26, 1996 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | February 25, 1997 |
| Registration Number | 2062947 |
| Registration Date | May 20, 1997 |
| Owner | (REGISTRANT) MotorUp Corporation CORPORATION PENNSYLVANIA 1530 Chestnut Street, Suite 400 Philadelphia PENNSYLVANIA 19102 |
| | (LAST LISTED OWNER) JORDAN DREW CORP. CORPORATION NEW YORK C/O SAS GROUP, INC., 220 WHITE PLAINS ROAD TARRYTOWN NEW YORK 10591 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | FRANK A. MAZZEO |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "MOTOR" APART FROM THE MARK AS SHOWN |
| Type of Mark | TRADEMARK |

| | |
|---|---|
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY