# EXHIBIT "D"

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2008-04-11 12:36:21 ET

**Serial Number:** 77047809   Assignment Information   Trademark Document Retrieval

**Registration Number:** 3406104

**Mark**

BEATS THE BOTTLED BOOSTERS

**(words only):** BEATS THE BOTTLED BOOSTERS

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2008-04-01

**Filing Date:** 2006-11-20

**Transformed into a National Application:** No

**Registration Date:** 2008-04-01

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-02-26

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Chemplex Automotive Group, Inc.

**Address:**
Chemplex Automotive Group, Inc.
P.O. Box 5802

Fullerton, CA 92838
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** California

## GOODS AND/OR SERVICES

**International Class:** 001
**Class Status:** Active
Fuel additives for automobile internal combustion engines in the nature of chemical gasoline additives
**Basis:** 1(a)
**First Use Date:** 2005-04-19
**First Use in Commerce Date:** 2005-06-24

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-04-01 - Registered - Principal Register

2008-03-14 - Attorney Revoked And/Or Appointed

2008-03-14 - TEAS Revoke/Appoint Attorney Received

2008-02-26 - Law Office Registration Review Completed

2008-02-25 - Allowed for Registration - Principal Register (SOU accepted)

2008-02-15 - Statement of use processing complete

2008-02-15 - Extension 1 granted

2008-01-18 - Amendment to Use filed

2008-01-18 - Extension 1 filed

2008-01-18 - PAPER RECEIVED

2007-08-07 - Notice of allowance - mailed

2007-05-15 - Published for opposition

2007-04-25 - Notice of publication

2007-03-21 - Law Office Publication Review Completed

2007-03-21 - Approved for Pub - Principal Register (Initial exam)

2007-03-21 - Amendment From Applicant Entered

2007-03-21 - Communication received from applicant

2007-03-20 - PAPER RECEIVED

2007-02-02 - Non-final action mailed

2007-02-02 - Non-Final Action Written

2007-01-30 - Assigned To Examiner

2007-01-10 - Applicant amendment prior to exam entered

2007-01-10 - Assigned To LIE

2006-12-08 - PAPER RECEIVED

2006-11-27 - New Application Entered In Tram

### ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
JEFFREY VAN HOOSEAR

**Correspondent**
JEFFREY VAN HOOSEAR
KNOBBE, MARTENS, OLSON & BEAR, LLP
14th Floor
2040 Main Street
Irvine CA 92614
Phone Number: (949) 760-0404
Fax Number: (949) 760-9502