**EXHIBIT "E"**





FUEL UP CLEANS THE ENGINE AND RESTORES LOST POWER. Improved atomization will, in turn, improve combustion and increase mileage.

When added to your fuel tank prior to fill up, Motor Up Fuel Up tablets:

- Easily and quickly dissolve and won't leave behind particles
- Fully mix with the fuel in your tank
- Reduce the content of harmful substances in exhaust fume emissions by up to 62%
- Restore lost power and improve combustion
- Dissolve and inhibit the formation of harmful deposits
- Are approved for gasoline and diesel engines

DIRECTIONS: Open the gas tank door and remove gas tank cap. Prior to fill up open FUEL UP card at perforation located at the back of the card by pushing the front of the tablet firmly against the perforation. Place one tablet in the fuel tank. Repeat every fill up. SAFE FOR ALL ENGINES

This fuel additive complies with federal low sulphur content requirements for use in diesel motor vehicles and non-road engines. NON-TOXIC

**WARNING: FLAMMABLE - KEEP OUT OF REACH OF CHILDREN - HARMFUL IF SWALLOWED.** In the event tablet is swallowed, contact your physician immediately. Do not expose tablets to direct sunlight or intense heat for any prolonged period of time or color of tablet will get lighter. (This will not effect the efficiency of the tablet).

MFU-6



0  40282 24308  5

Manufactured exclusively for
SAS Group, Inc.
Tarrytown, New York 10591
by Flex-O Canada, Inc.,
Hamilton, Ontario L8L 8K3

Made in Canada

Distributed by:
SAS Group, Inc., Tarrytown, N.Y.  10591