# EXHIBIT "F"





# OCTANE BOOSTER

When added to your fuel tank prior to fill up, Motor Up Octane Booster tablets:

• ARE LEGAL FOR STREET USE

• MAXIMIZE ACCELERATION AND PERFORMANCE

• INCREASE OCTANE BY UP TO 10 POINTS

• ARE SAFE FOR ALL ENGINES AND CATALYTIC CONVERTERS

DIRECTIONS: Open gas tank door and remove tank cap. Prior to fill up open OCTANE card at perforation located in back of card by pushing the front of the tablet firmly against the perforation. Place one tablet in the fuel tank. Repeat every fill up.

NON-TOXIC

WARNING:  FLAMMABLE - KEEP OUT OF REACH OF CHILDREN · HARMFUL IF SWALLOWED. In the event tablet is swallowed, contact your physician immediately. Do not expose tablets to direct sunlight or intense heat for any prolonged period of time or color of tablet will get lighter. (This will not effect the efficiency of the tablet).



MOB-6

0  40282 24282  8

Manufactured exclusively for SAS Group, Inc. Tarrytown, New York 10591 by Flex-O Canada, Inc., Hamilton, Ontario L8L 8K3

Made in Canada

Distributed by: SAS Group, Inc., Tarrytown, N.Y.  10591