**EXHIBIT "G"**

Case 7:07-cv-10262-SCR   Document 25-8   Filed 05/09/2008   Page 1 of 3





**Motor Up™ Fuel Stabilizer**

MOTOR UP FUEL STABILIZER prevents fuel deterioration during storage. Use with any storage container or any item stored with fuel such as motorcycles, boats, lawn mowers, chain saws, generators, snow blowers.

When added to your fuel tank prior to fill up, Motor Up Fuel Stabilizer tablets:

- Reduce the oxidation process which prevents fuel deterioration during storage.
- Stabilize gasoline or diesel fuel for storage. Great for 2 and 4 stroke engines.
- Protect engine from gum, varnish, rust and corrosion, extending engine life and resulting in fast start up.

DIRECTIONS: Prior to storing item, remove one tablet by pushing the front of the tablet firmly against the perforation on the back and place tablet in fuel tank. One tablet protects a MINIMUM of 1 gallon/MAXIMUM of 5 gallons. Run engine for 5 minutes before storing for best results.

WARNING: FLAMMABLE - KEEP OUT OF REACH OF CHILDREN - HARMFUL IF SWALLOWED. In the event tablet is swallowed, contact your physician immediately. Do not expose tablets to direct sunlight or intense heat for any prolonged period of time or color of tablet will get lighter. (This will not effect the efficiency of the tablet).

**ADD TO FUEL PRIOR TO STORAGE**

Manufactured exclusively for
SAS Group, Inc.
Tarrytown, New York 10591
by Flex-O Canada, Inc.,
Hamilton, Ontario L8L 8K3

Made in Canada

Distributed by:
SAS Group, Inc.,
Tarrytown, N.Y.
10591



MFS-6

0 40282 24304 7

SAFE FOR ALL ENGINES - FOR OFF ROAD USE
NON-TOXIC