EXHIBIT "H"

Case 7:07-cv-10262-SCR    Document 25-9    Filed 05/09/2008    Page 1 of 2


