**EXHIBIT "I"**


