EXHIBIT "J"



