**EXHIBIT "K"**



