EXHIBIT "L"

Case 7:07-cv-10262-SCR   Document 25-13   Filed 05/09/2008   Page 1 of 4

Dynotab, Fuel Additive, Octane power booster, consumption improver

# Power & Performance Products

Home  Brands  Products  Distributors  About Us  Contact Us

**Octane Booster**
A pure octane booster for ultimate power gains!

Dynotab



**NEW PRODUCTS**
**BREMBO**
**CYCLONE**
**DENSO**
**DNX**
**DYNOTAB**
**MOTUL**
**SPLITFIRE**
**HOME**

Latest Offers:

Choose brand...

You are HERE > DYNOTAB > Octane Booster Tech

## Dynotab Octane Booster Technical Information

For the racing and high performance consumer, speed says it all, which explains t aftermarket octane boosters. Over the last 15 years, this has been is one of the fa fuel additive segments in the industry. That growth dynamic is expected to continu government continues to modify gasoline specifications in order to reduce polluti manufacturers continue to reduce the size and displacement of stock engines.

Chemplex® joins that segment with the introduction of its unique, new fast-dissolv **Maximum Strength Octane Booster** tablets designed for speed enthusiasts. If y want to get the maximum performance from your vehicle, **Dyno-tab® Maximum S Octane Booster** delivers astonishing results at an equally astonishing price.

Dyno-tab® *BEATS THE BOTTLED BOOSTERS.* That is a bold statement, but it i independent tests at a well known laboratory. Core Laboratories of Houston, Texa the standard ASTM D-2699 Octane Test on referenced products in January 2005. confident that our booster tablets would perform well against other products on the were surprised at how much better they performed. We ran a duplicate test seque and the results were the same. **Dyno-tab® Maximum Strength Octane Booster** eye-popping 17-point jump in commonly available gasoline. *Based on independen testing with 91 octane research fuel. See results below*

When you need an octane boost you can count on, drop one tablet into the fuel ta maximum boost when performance really counts, add 2 tablets. One tablet de increase in octane. Two tablets can deliver up to 17 points

*Tract test demonstrates a 9.2% increased acceleration rate with Dyno-tab®.*

TRACT TEST DEMONSTRATES AN EQUIVALENT 40 POINT INCREASE -- 1 conducted to compare timed 0 to 70 intervals using three gasolines. Gasoline A grade 87 Octane Regular. Gasoline B was pump grade 91 Octane Premium. Gas the same pump grade 87 Octane as candidate A, but additized to maximum Dyno-tab® Octane Booster. Timed results show candidates B and C were 9.2% A.



Laboratory tests demonstrate a 17 point increase in octane.
ASTM D-2699 tests, conducted at Core Laboratories in Houston, Texas (2005) major aftermarket bottled octane boosters to Dyno-tab® using 91 octane gasoline (RON). The maximum street-legal dose of 2 Dyno-tab® tablets beat 8 w brands.



*104® is a registered trademark of Gold Eagle Co. STP® is a registered tradema Armor All/STP Products Co. The Outlaw® is a registered trademark of Pennzo State Company. Prestone® is a registered trademark of Prestone Products Co 108 is sold by No. American Oil Co. NOS® is a registered trademark of Ni Systems/Distributed by Permatex, Inc. Dyno-tab® is a registered trademark of Automotive Group, Inc.

Notes
1 The term "Street Legal", as shown on the package, means that the dosage in or package, when used as directed, is within the treat range approved under our EP/ registration.
2 To view the original reports from Core Laboratories, please contact us.



# Power & Performance Products

Home   Brands   Products   Distributors   About Us   Contact Us

## Contact Us

LATEST OFFERS
Check out lowest Special Offer Prices on DNX Exhausts, Filters and Brakes

**NEW PRODUCTS**
**BREMBO**
**CYCLONE**
**DENSO**
**DNX**
**DYNOTAB**
**MOTUL**
**SPLITFIRE**
**HOME**


Latest Offers: DNX Choose brand...

You are HERE > Contact Us

Thank you for your interest in Power & Products. You may contact us simply b[y] the form below. Alternatively you may phone, fax, email or write to us - detail[s on] this page.

If you would like one to one help then please add our technical advisor to your Messaging Service: sales@powerandperformanceproducts.co.uk

Required fields are indicated with a *

| Field | |
|---|---|
| Title*: | Please choose... |
| First Name*: | |
| Surname*: | |
| Company (if applicable): | |
| Address Street*: | |
| Address Town: | |
| Address City*: | |
| Address County: | |
| Address Post Code*: | |
| Address Country*: | United Kingdom (incl NI) |
| E-mail*: | |
| Telephone*: | |
| Your Query/Message*: | |

[Send Message]

Contact Details:
Write to us at:   G P Automotive Ltd.