**EXHIBIT "M"**



Cart Total: **£ 0.00**
Items in Cart: **0**

[ List Products ] [ Promotions ] [ Testimonials ] [ About Us ] [ My Cart ]

**PERFORMANCE PRODUCTS**

---

**Dynotab High Performance Octane Booster 2 Tab Pack (45434)**

£ 3.81 (£4.48 inc. vat)

Delivery on this item is **£1.95 + vat** (based on a single item purchase for delivery within the UK)
*Delivery Methods: Under £5.95 - Royal Mail 1st Class Recorded Service. Over £5.95 - UK Carrier.*

2 tablets contained in one packet. Each tablet treats up to 72 litres. Gain up to 1.7 Octane points per tablet.

For the racing and high performance consumer, speed says it all, which explains the popularity of aftermarket octane boosters. Over the last 15 years, this has been is one of the fastest growing fuel additive segments in the industry. That growth dynamic is expected to continue as the government continues to modify gasoline specifications in order to reduce pollution and auto manufacturers continue to reduce the size and displacement of stock engines.

ChemplexÆ joins that segment with the introduction of its unique, new fast-dissolving, Dyno-tabÆ Maximum Strength Octane Booster tablets designed for speed enthusiasts. If you race, or just want to get the maximum performance from your vehicle, Dyno-tabÆ Maximum Strength Octane Booster delivers astonishing results at an equally astonishing price.

Dyno-tabÆ BEATS THE BOTTLED BOOSTERS. That is a bold statement, but it is backed by independent tests at a well known laboratory. Core Laboratories of Houston, Texas, conducted the standard ASTM D-2699 Octane Test on referenced products in January 2005. We were confident that our booster tablets would perform well against other products on the market, but we were surprised at how much better they performed. We ran a duplicate test sequence in March and the results were the same. Dyno-tabÆ Maximum Strength Octane Booster delivered an eye-popping 17-point jump in commonly available gasoline. Based on independent laboratory testing with 91 octane research fuel. See results attached

For maximum boost when performance really counts, add 2 tablets. One tablet delivers a 10-point increase in octane. Two tablets can deliver up to 17 points

Track test demonstrates a 9.2% increased acceleration rate
with Dyno-tabÆ.

TRACK TEST DEMONSTRATES AN EQUIVALENT 40 POINT INCREASE -- Testing was conducted to compare timed 0 to 70 intervals using three gasolines.
Gasoline A was pump grade 87 Octane Regular. Gasoline B was pump grade 91 Octane Premium. Gasoline C was the same pump grade 87 Octane as candidate A, but additized to maximum levels with Dyno-tabÆ Octane Booster. Timed results show candidates B and C were 9.2% faster than A.



Buy
Qua



Pro(

**Have produ**

We try prices l seen th cheape website can bea

Cut & F where ` produc(

Your te

Your Er



Subi

| Category | Sundries and Consumables |
|---|---|
| Sub-Category | Fuel Treatments and Additives |
| Brand | Dynotab |
| Size | 2 x 1.5g |

## Related Products

Dynotab High Performance Octane Booster 2-Tab X 5
~~£ 19.05~~ £ 15.24



Dynotab Fuel Additive / Lead Substitute 2 Tab Pack
£ 2.52



Dynotab Fuel Additive PLUS Injector Cleaner 2 Tab
£ 2.98



Can't find what you are looking for?
Then give us a call on 01323 441122 with your product enquiry.

 

Powered by ShopDirector. Copyright © 2002. All Rights Reserved.