**EXHIBIT "N"**



# TRADESHOWS, NEWS, EVENTS & AWARDS



Look for Dyno-tab® at tradeshows & events around the world.

Car Care World Expo - Orlando

Automechanika Thailand - Bangkok

Heavy Duty Aftermarket Week - Las Ve

Automechanika - Dubai

Automechanika - Malaysia

AAAA - Melbourne Australia

AAPEX - Las Vegas - October 2007
Featured in the Green Zone!

Automechanika - Frankfurt

GAIKINDO AUTO EXPO - Indonesia

**2005 AAPEX
Las Vegas
New Product Award**



**NEWS!
DYNO-TAB® receives
Seal of Approval from
National Street Machine C**



**Tested for**
✓ Quality
✓ Performance
✓ Appearance