**EXHIBIT "O"**

FUEL ADDITIVES FUEL TABLETS

- Home
- Products E
- Products A
- Technical Information
- FAQ
- Advantages
- Documentation
- Contact

For further details, please feel free to contact us at the following emails:

General Information: info@dynotab-mena.com

Sales:            sales@dynotab-mena.com

Shipping:         shipping@dynotab-mena.com

Management:       management@dynotab-mena.com

Iraq:             iraqsales@dynotab-mena.com

Armenia:          armeniasales@dynotab-mena.com

United Arab Emirates :



uaesales@dynotab-mena.com
Tel: 0097143241134
Fax:0097143243204
P.O.Box 27622 Dubai UAE.
www.ngtdubai.com
info@ngtdubai.com

Turkey & Cyprus:



turkeysales@dynotab-mena.com
Tel: 00971508453691

Lebanon :         lebanonsales@dynotab-mena.com

Jordan :          jordansales@dynotab-mena.com

India :           indiasales@dynotab-mena.com

 

   

ALL RIGHTS RESERVED DYNOTAB MENA