UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAS GROUP, INC., a New York corporation,

                Plaintiff,

   -against-

CHEMPLEX AUTOMOTIVE GROUP, INC., a
California corporation,

                Defendant.
------------------------------------------------------------------X

Civil Action No.
07 CV 10262 (SCR)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Declaration of Kevin J. Harrington in Support of Plaintiff's Motion to Dismiss Defendant's Counterclaims** was sent by United States mail, first-class postage prepaid, to the following addressee:

        Philippe Zimmerman, Esq.
        MOSES & SINGER, LLP
        405 Lexington Avenue
        New York, New York 10174

this 8th day of May, 2008.

                              s/ Kevin J. Harrington
                              _____
                              Kevin J. Harrington [KH-5027]
                              HARRINGTON, OCKO & MONK, LLP
                              81 Main Street, Suite 215
                              White Plains, New York 10601
                              (914) 686-4800