UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAS GROUP, INC., a New York corporation,

    Plaintiff/Counterclaim Defendant,

-against-

CHEMPLEX AUTOMOTIVE GROUP, INC., a California corporation,

    Defendant/Counterclaim Plaintiff.

Civil Action No. 07-CIV-10262 (SCR/GAY)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that (i) Defendant/Counterclaim Plaintiff, Chemplex Automotive Group, Inc. ("Defendant"), shall serve and file via ECF papers in opposition to the motion to dismiss of Plaintiff/Counterclaim Defendant, SAS Group, Inc. ("Plaintiff"), no later than June 17, 2008, (ii) Plaintiff shall serve and file via ECF reply papers in support of its motion no later than July 1, 2008, and (iii) this Stipulation may be signed in separate counterparts, with faxed or electronically scanned signatures treated as originals.

Dated: New York, New York
       May 15, 2008

MOSES & SINGER, LLP

By: _____
   Philippe Zimmerman (PZ-7744)
   Julie Stark (JS-8925)
   405 Lexington Avenue
   New York, New York 10174
   Tel. (212) 554-7800
   Fax (212) 554-7700
   *Attorneys for Defendant CHEMPLEX AUTOMOTIVE GROUP, INC.*

HARRINGTON, OCKO & MONK, LLP

By: _____
   Kevin J. Harrington (KH-5027)
   John T.A. Rosenthal (JT-4819)
   81 Main Street, Ste. 215
   White Plains, New York 10601
   Tel. (914) 686-4800
   Fax (914) 686-4824
   *Attorneys for Plaintiff SAS GROUP, INC.*

SO ORDERED:

_____
Hon. Stephen C. Robinson U.S.D.J.

May 27, 2008
White Plains, NY