UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SAS GROUP, INC., a New York corporation,

                Plaintiff,

    -against-

CHEMPLEX AUTOMOTIVE GROUP, INC., a
California corporation,

                Defendant.

-------------------------------------------------------------------X

Civil Action No.
07 CV 10262 (SCR)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Reply Memorandum of Law in Further Support of Plaintiff's Motion to Dismiss Defendant's Counterclaims** was sent by United States mail, first-class postage prepaid, to the following addressee:

        Philippe Zimmerman, Esq.
        MOSES & SINGER, LLP
        405 Lexington Avenue
        New York, New York 10174

this 30th day of June, 2008.

                John T.A. Rosenthal [JR-4819]
                HARRINGTON, OCKO & MONK, LLP
                81 Main Street, Suite 215
                White Plains, New York 10601
                (914) 686-4800